FILED

RECEIVED CLERK

27 AUG 99 [illegible] 8:26

**AUG 23 1999**

IN THE UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:97CR 0311G |
| Plaintiff, | : | |
| vs. | : | ORDER UNSEALING |
| ERIC JAMES SCOTT, | : | |
| Defendant. | : | |

The Court having been informed by the United States that there is no longer a need for the Indictment and Warrant For Arrest in the above-entitled case to remain sealed,

HEREBY ORDERS that the Indictment and Warrant For Arrest be unsealed.

DATED this 25th day of August, 1999.

BY THE COURT:

_____
RONALD N. BOYCE
United States Magistrate Judge

                                                            hom

                    United States District Court
                             for the
                         District of Utah
                       August 30, 1999


              * * MAILING CERTIFICATE OF CLERK * *


Re:  2:97-cr-00311


True and correct copies of the attached were mailed by the clerk to the
following:

    Scott Jay Thorley, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5245134